SLIP OPINION

Cite as 2015 Ark. 6

# SUPREME COURT OF ARKANSAS

No. CV-14-585

| | |
|---|---|
| JAMES TREE AND CRANE SERVICE, INC., AND ROGER WILLIAMS <br> APPELLANTS | **Opinion Delivered** January 15, 2015 <br><br> PETITION FOR JUDICIAL RELIEF |
| V. | |
| TERRI FOUGHT <br> APPELLEE | <u>PETITION GRANTED; SHOW-CAUSE ORDER ISSUED</u>. |

**PER CURIAM**

Appellants James Tree and Crane Service, Inc., and Roger Williams have filed a petition for judicial relief seeking a further extension of time to file the record. As per their request, this court previously, on July 31, 2014, issued a writ of certiorari for the court reporter to complete the record within ten days. After granting an additional twenty-day extension of time to lodge the record, on October 9, 2014, we granted a final sixty-day extension of the writ for the record to be completed and filed with this court on December 8, 2014. On December 5, 2014, appellants filed the present petition stating that the court reporter, Sheila Russell, had advised them that the record would not be completed by the December 8, 2014 deadline. Appellants seek additional time for the court reporter to prepare the record.

We find that the court reporter's failure to comply with the writ of certiorari is good cause to grant the petition, and we extend the time for filing the record to Wednesday,

January 28, 2015. In addition, we order Sheila Russell to appear before this court on Thursday, January 29, 2015, at 9:00 a.m. to show cause why she should not be held in contempt for her failure to comply with the writ of certiorari, as previously ordered.

SHEILA RUSSELL IS FURTHER NOTIFIED THAT HER FAILURE TO APPEAR ON JANUARY 29, 2015, COULD RESULT IN THE ISSUANCE OF A BENCH WARRANT FOR HER ARREST WITH DIRECTIONS TO THE APPROPRIATE LAW ENFORCEMENT AUTHORITY TO ARRANGE FOR HER DELIVERY TO THIS COURT SO A SHOW-CAUSE HEARING CAN BE CONDUCTED AT THE EARLIEST POSSIBLE DATE.

Petition granted; show-cause order issued.

*Watts, Donovan & Tilley, P.A.*, by: *Jim Tilley* and *Michael McCarty Harrison*, for appellants.

No response.